IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BROCK A. GRIFFITH, Register No. 162294, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-4042-CV-C-SOW |
| ) | |
| BOONE COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 12, 2009, United States Magistrate Judge William A. Knox recommended that plaintiff's claims against defendants Reddin, Brewer, Atwell, Martin, Janamen, Fussner, Marcit Insurance Company and John Doe Insurance Company be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the amended complaint, treated as exceptions, filed by plaintiff on May 21, 2009. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 12, 2009, is adopted. [11] It is further

ORDERED that plaintiff's claims against defendants Reddin, Brewer, Atwell, Martin, Janamen, Fussner, Marcit Insurance Company and John Doe Insurance Company are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 10, 2009
Kansas City, Missouri